IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,                                    **4:25CR3111**

vs.

JIMMIE COLLAZO, JR.                            **ORDER OF ABEYANCE**

Defendants.

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (Filing No. 68), recommending that the Court accept Defendant's plea of guilty. There are no objections to the Findings and Recommendation, and the time for doing so has since expired. Pursuant to 28 U.S.C. § 636(b)(1)(C) and 11.2, this Court has conducted a *de novo* review of the record and has decided it is appropriate to hold the matter in abeyance.

At the change of plea hearing, Defendant pled guilty to Count I of the Indictment (Filing No. 1), which charged him with conspiracy to distribute 50 grams or more of methamphetamine, actual, in violation of 21 U.S.C. § 846. At the change of plea hearing, Defendant was generally advised of his right to be tried by a jury and have a jury determine whether the government has proved beyond a reasonable doubt each and every element of the charged offense. However, Defendant was not specifically advised of his right to have a jury determine the amount of controlled substance attributable to him. See Fed. R. Crim. P. 11.

Apart from this matter, the defendant was fully apprised of all other penalties and punishments that could be imposed upon him as a person convicted of the offenses charged against him. (Filing No. 68.) Therefore, the Court will hold this matter in abeyance, direct that this case

provisionally proceed to sentencing, and address this issue with the defendant at that time before deciding whether to accept his plea of guilty.

**IT IS ORDERED:**

1.  The Magistrate Judge's Findings and Recommendation (Filing No. 68) is held in abeyance.

2.  This case shall provisionally proceed to sentencing.


Dated this 20th day of July, 2026.


BY THE COURT:

Susan M. Bazis
United States District Judge